Ivan SPARKS, Plaintiff—Appellant,

v.

Gene M. JOHNSON; Ron Angelone; D.J. Armstrong; Lewis B. CEI; W.P. Rogers; G.K. Washington; Kelly Harrison; L. Edmonds, Defendants—Appellees.

No. 04–6932.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 29, 2004.

Decided Nov. 16, 2004.

Ivan Sparks, Appellant pro se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ivan Sparks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sparks v. Johnson,* No. CA–03–42–SGW (W.D.Va. filed Apr. 29, 2004; entered Apr. 30, 2004). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*